UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-5272 FMO (JEMx) | Date | October 17, 2014 |
|---|---|---|---|
| Title | Federal Deposit Insurance Corp. v. American Financial Funding Corp. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge |
|---|---|
| Vanessa Figueroa | None Present |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:** Order Re: Order to Show Cause

    The instant action was filed on July 8, 2014, over three months ago. Absent a showing of good cause, an action must be dismissed without prejudice if the summons and complaint are not served on a defendant within 120 days after the complaint is filed. Fed. R. Civ. P. 4(m). On October 7, 2014, the court issued an Order to Show Cause regarding service of process. (See Order to Show Cause Re: Dismissal Re: Lack of Prosecution). On October 13, 2014, plaintiff Federal Deposit Insurance Corporation, as Receiver for IndyMac Bank, F.S.B. ("FDIC-R" or "plaintiff") filed a response, stating that it made multiple attempts to serve defendant's registered agent with the summons and complaint, and that defendant appears to be evading service. (See Plaintiff's Response to Order to Show Cause Re: Dismissal Re: Lack of Prosecution at ¶ 4 & Exhs. A & B). Plaintiff also attempted to serve defendant's president, and it has made other arrangements for service of process at alternate locations. (Id. at ¶¶ 4 & 5). Based on the foregoing, the court is persuaded that there is good cause to extend the 120-day deadline. See Fed. R. Civ. P. 4(m).

    The Order to Show Cause **(Document No. 11)** is **discharged**. Plaintiff's deadline to serve the summons and complaint is extended to **December 5, 2014**. The court will grant no further extensions for service of process, and the failure to file the proof of service by **December 5, 2014** will result in dismissal of this action without prejudice.

    IT IS SO ORDERED.

| | 00 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | | vdr |